UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
In re:                                          :

SOVEREIGN ASSETS LTD.,                          :

    Debtor in Foreign Proceeding.             :

------------------------------------------------- x

Chapter 15

Case No. 14-

# DECLARATION OF ADV. RAMI KOGAN, PETITIONER IN SUPPORT OF PETITION UNDER CHAPTER 15 OF THE BANKRUPTCY CODE FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING

I, Rami Kogan, pursuant to 28 U.S. Code, § 1746, hereby declare under penalty of perjury as follows:

1.    I and Guy Gissinare the two SAL Administrators of Sovereign Assets Ltd., appointed by the District Court, Tel Aviv, Israel. I have full authority to make this declaration in support of the accompanying Petition.

2.    I have read the foregoing Petition and the accompanying Ex parte Motion for Provisional Relief and Order to Show Cause ("**Motion**"). I and my staff have reviewed all of the documents and legal proceedings pertaining to SAL and its subsidiaries that we have been able to obtain. As to those facts of which I have personal knowledge, and as to all other facts, upon information and belief, the factual allegations contained in the Petition and the Motion are true and accurate. The statements about Israeli law are also accurate.

2153241.1

3.      I am licensed to practice law in the State of Israel and have been so licensed since 2000. I have an LL.B degree from Liverpool University (1999).   Since 2000, I have practiced law in Israel, principally in the fields of bankruptcy law and civil litigation, and I am fully familiar with Israeli law and procedure in these fields. I am the founding and managing member of Rami Kogan & Co. Law Offices, which is a leading Israeli firm, and I have extensive experience, especially in the fields of bankruptcy law and civil litigation. On numerous occasions, courts of Israel have appointed me as a Trustee, SAL Administrator, or Liquidator with respect to well-known Israeli companies (such as Israeli franchisee of Sbarro chain of restaurants, and I am fully familiar with Israeli law and procedure with respect to liquidations and bankruptcies.

4.      I make this declaration solely in my capacity as one of two court-appointed SAL Administrators of Sovereign Assets Ltd. (in liquidation). I declare, under penalty of perjury under the laws of the United States of America, about which my American counsel has advised me, that the foregoing Petition is true and accurate to the best of my knowledge, and where stated, information, and belief.

_____
RAMI KOGAN Adv.
Special Administrator of Sovereign
Assets Ltd. (under liquidation)

Rami Kogan, a person known to me and subscribed and affirmed before me the afore mentioned declaration, this 19 day of October, 2014.

Ohad Harel, Adv.
Israeli Bar License No. 58583
_____
OHAD HAREL Adv.