Michael S. Devorkin, Esq.
Marc D. Rosenberg, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue, 35th Floor
New York, New York 10022
(212) 907-7300

*Attorneys for Petitioners*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

SOVEREIGN ASSETS LTD.,

      Debtor in Foreign Proceeding.

-------------------------------------------------------------X

Chapter 15

Case No. 14-13009

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

      ELIZABETH NEUMAN, being duly sworn, deposes and says:

      1.      I am over the age of 18 years, and am not a party to this proceeding. I reside in New York, New York.

      2.      On October 31, 2014, I caused to be served by electronic mail true copies of the following documents (collectively hereinafter "Petition and Ex Parte Motion documents") upon the parties listed in the attached Service List A:

      a. Verified Petition for Relief under Chapter 15 with Exhibits and supporting documents;
      b. Declarations of Guy Gissin and Rami Kogan;
      c. *Ex parte* Motion for Provisional Relief and supporting exhibits;
      d. Order to Show Cause with Temporary Restraining Order, signed by Judge Chapman on October 31, 2014;
      e. Order Scheduling Hearing on Recognition under Chapter 15, signed by Judge Chapman on October 31, 2014; and
      f. Notice of Hearing on Recognition under Chapter 15.

2158717.1

3.   On November 3, 2014, I caused to be served by electronic mail true copies of the Petition and Ex Parte Motion documents upon the parties listed in the attached Service List B; and

4.   On November 12, 2014, I caused to be served copies of the Petition and Ex Parte Motion documents by depositing true copies thereof enclosed in post-paid envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service addressed to the parties on the attached Service List C.

*Elizabeth Neuman*
Elizabeth Neuman

Sworn to before me this
12th day of November, 2014

*Ann Marie Terracino (Dellatacoma)*
Notary Public

ANN MARIE TERRACINO
Notary Public, State of New York
No. 01TE6111281
Qualified in Richmond County
Commission Expires June 7, 2016

# SERVICE LIST A

Office of the United States Trustee
Linda.Riffkin@usdoj.gov
Andy.Velez-Rivera@usdoj.gov
Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Armand Lasky and AEL Church Street, Inc.
c/o Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Attn: Marshall E. Bernstein, Esq.
875 Third Avenue
New York, New York 10022
meb@robinsonbrog.com

Danny Turetsky, Edwin Cohen and West 58th Street, LLC
c/o Herrick Feinstein LLP
Attn: Arthur G. Jakoby, Esq.
2 Park Avenue
New York, New York 10016
ajakoby@herrick.com

TSR Group, LLC and Eliezer Swerdloff
c/o Brown Moskowitz & Kallen, P.C.
Attn: Kenneth Mozkowitz, Esq.
180 River Road
Summit, New Jersey 07901
klm@bmk-law.com

Saul Tawil, David Tawil, Victor Tawil, Aneil Lipp, LLC, Jack Franco, Sonja Cabasso, Albert Maleh, Sally Schwartz, Mark Manela, Ezra I. Shehebar, Gabriel Shehebar, Jackson Group LLC, Harold Jarnicki, Michael Gad and Bergman Family LLP
c/o Markewich and Rosenstock LLP
Attn: Eve Rachel Markewich, Esq.
Lawrence Rosenstock, Esq.
18 East 48th Street – 10th Floor
New York, New York 10017
emarkewich@mrlawllp.com
lrosenstock@mrlawllp.com

Abraham Poznanski, SOVA Management LLC, Avital Holdings, LLC, Steinborgh Group, Inc., Abraham Poznanski as assignee of SJB Capital, LLC
SOVA Merritt Holdings, LLC
SOVA Merritt, LLC
SOVA Holdings, Inc.
Prodigy Management Group, LLC
c/o Berg & David PLLC
Attn: David Berg, Esq. and Abraham David, Esq.
266 Broadway – Suite 503
Brooklyn, New York 11211
dberg@bergpllc.com
adavid@bergpllc.com

Herbst & Associates and Ronald S. Herbst
c/o Katsky Korins LLP
Attn: David L. Katsky, Esq.
Elan R. Dobbs, Esq.
605 Third Avenue
New York, New York 10158
info@katskykorins.com

Shelbourne Global Solutions, LLC
Shelbourne Global TN, LLC
Nashville Management, LLC
c/o Evan M. Newman, Esquire
Newman Law, P.C.
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516
ENewman@NewmanLawPC.com

# SERVICE LIST A

Sovereign Assets, Ltd.
c/o the Special Administrators

Guy Gissin and Rami Kogan
Adv. Guy Gissin
Gissin & Co., Advocates
38 Habarzel St., Tel Aviv
Israel 69710
guy@gissinlaw.co.il

Adv. Rami Kogan
Rami Kogan Law Offices
4 Berkowiz St. (The Museum Tower, 23rd floor)
Tel-Aviv 64238, Israel
rami@kogan-law.com

# SERVICE LIST B

Armand Lasky and AEL Church Street, Inc.
c/o Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Attn: Marshall E. Bernstein, Esq.
875 Third Avenue
New York, New York 10022
Attn: Robert Milner, Esq.
rmm@robinsonbrog.com

Nashville Properties Holdings, LLC
c/o Nashville Properties LLC
c/o Law Office of Jeremy Rosenberg
30 Broad Street
New York, New York 10004
jrosenberglaw@yahoo.com

Eliot Spitzer, Michael Steinberg, E&S Development
and Properties LLC, Nashville Properties LLC
c/o Law Office of Jeremy Rosenberg
30 Broad Street
New York, New York 10004
jrosenberglaw@yahoo.com

Wells Fargo, N.A.
Peter A. Ragone, Esquire
Wells Fargo Bank, N.A.
110 Wall Street, 23rd Floor
NY, NY 10005
pragone@rnrlawgroup.com

## SERVICE LIST C

Jump Partners, LLC
c/o Levitin & Assocs., P.C.
1430 Broadway – Suite 1605
New York, New York 10018

Hudson River Financing Corporation
c/o W/K Incorporating Services, Inc.
3500 S. Duporit Hwy.
Dover, Delaware 19901