MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
(718) 434-2676
(718) 228-7717 Facsimile
Menachem M. Bensinger (MB 3467)

*Counsel to Abraham Poznanski*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| SOVEREIGN ASSETS LTD., | ) | Bankr. Case No.: 14-13009 (SCC) |
| | ) | |
| Debtor in Foreign Proceeding | ) | |

**STIPULATION AND ORDER EXTENDING TIME**

WHEREAS, this Court entered its *Order Granting (1) Recognition of Foreign Main Proceeding; (2) Recognition of Petitioners as Authorized Foreign Representatives; and (3) a Preliminary Injunction* (Docket No. 26) (the "**Recognition Order**") on December 17, 2014;

WHEREAS, Abraham Poznanski ("**Poznanski**"), by his undersigned counsel, timely filed a *Notice of Appeal* (Docket No. 28) with respect to the Recognition Order on December 30, 2014;

WHEREAS, pursuant to Federal Rules of Bankruptcy Procedure ("**FRBP**") 8009(a)(1)(B)(i) and 8009(b)(1)(A), Poznanski was required to both (i) designate the record on appeal (the "**Designation**") and (ii) order a copy of the transcript of the proceedings with respect to which the Recognition Order was entered (the "**Transcript**"), both on or before January 13, 2015;

1

WHEREAS, Poznanski and the Foreign Representatives in the above-captioned matter previously requested that the Court extend Poznanski's deadline to file a Designation and order a Transcript by forty five (45) days, through and including February 27, 2015;

WHEREAS, the Court granted such request by Order dated January 12, 2015;

WHEREAS, the Court further extended such deadlines through and including April 30, 2015, by Orders dated February 20, 2015, and March 23, 2015;

WHEREAS, Poznanski and the Foreign Representatives are still engaged in settlement discussions and request that the Court further extend Poznanski's deadline to file a Designation and order a Transcript by sixty (60) days, and

WHEREAS, the Court is permitted pursuant to FRBP 9006(b)(1) to extend these deadlines, upon cause shown, without notice or a motion.

**BASED ON THE FOREGOING, IT IS HEREBY**:

**ORDERED**, that Poznanski's deadline to file a Designation and order a Transcript is extended through and including June 30, 2015.

Dated:    New York, New York
         April 24, 2015

                              **SO ORDERED:**

                              /S/ Shelley C. Chapman
                              **HON. SHELLEY C. CHAPMAN**
                              **UNITED STATES BANKRUPTCY JUDGE**

| | |
|---|---|
| *APPROVED* | *APPROVED* |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>437 Madison Avenue, 35th Floor<br>New York, New York 10022<br>(212) 907-7300 – office<br>(212) 754-0777 – facsimile<br>mdevorkin@golenbock.com<br>mrosenberg@golenbock.com<br><br>By: _/s/ Michael S. Devorkin_____<br>Michael S. Devorkin, Esq.<br>Marc D. Rosenberg, Esq.<br><br>*Counsel for Foreign Representatives* | MCGRAIL & BENSINGER LLP<br>676A Ninth Avenue # 211<br>New York, NY 10036<br>Office: (718) 434-2676<br>Fax: (718) 228-7717<br>mbensinger@mcgrailbensinger.com<br><br>By: _/s/ Menachem M. Bensinger_____<br>Menachem M. Bensinger, Esq.<br><br>*Counsel for Abraham Poznanski* |