**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

**Vito Genna**
**CLERK OF COURT**


Michael S. Devorkin
Golenbock Eiseman Assor Bell Peskoe, LLP
437 Madison Avenue
New York, NY 10022

Re: Case #14-13009 (SCC)


Dear Mr. Devorkin:

We are writing to request a status report in the above referenced case.  This Chapter 15 was opened on October 31, 2014 and there has been no activity since December 8, 2015.
 Your prompt attention to this matter will enable us to expeditiously close this case.


Thank you.


By: /s/ Karen Cappiello
     Deputy Clerk